UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **ALTAIR ENGINEERING, INC.,** | Case No. 2:07-cv-13379 |
| Plaintiff, | Assigned to: Hon. Paul D. Borman |
| v. | Magistrate Judge: Hon. Mona K. Majzoub |
| **ENVIRONMENTAL LIGHTS,** | |
| Defendant. | |

## ORDER EXTENDING DEADLINE FOR INVALIDITY AND NON-INFRINGEMENT CONTENTIONS AND EXTENDING DEFENDANT'S DEADLINE FOR RESPONDING TO OUTSTANDING WRITTEN DISCOVERY REQUESTS

The parties' stipulation extending the deadline for invalidity and non-infringement contentions through and including February 8, 2008, and, further, extending Defendant's time for responding to Plaintiff's First Set of Interrogatories and First Requests for Production of Documents and Things through and including February 8, 2008, having been duly presented, the foregoing stipulation is GRANTED.

IT IS SO ORDERED.

Dated: 2-1-08

PAUL D. BORMAN

Approved:

YOUNG, BASILE, HANLON, MACFARLANE
& HELMHOLDT, P.C.
Attorneys for Plaintiff

Dated: January 31, 2008

By: /s/ with consent of TNY given 1-31-08 to TEE
Thomas N. Young (P22656)
Christopher G. Darrow (P67196)
Business Address, Telephone, and E-mail:

3001 W. Big Beaver Road, Suite 624
Troy, MI 48084-3107
248/649-3333
young@ybpc.com
litigation@ybpc.com

VARNUM, RIDDERING, SCHMIDT & HOWLETT LLP
Attorneys for Defendant

Dated: January 31, 2008

By:   /s/ Timothy E. Eagle
    Perrin Rynders (P38221)
    Timothy E. Eagle (P38183)
    Adam J. Brody (P62035)
Business Address, Telephone, and E-mail:
    Bridgewater Place
    P.O. Box 352
    Grand Rapids, MI 49501-0352
    616/336-6000
    prynders@varnumlaw.com
    teeagle@varnumlaw.com
    ajbrody@varnumlaw.com

16232284_1.DOC